# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF Arkansas

In Re:  Case No. 17-10286

Claim No. : 3

JOSHUA JOHNSTON

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 440 S. LaSalle Street, Suite 2000 | PO Box 814609, |
| Chicago, IL 60605 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 440 S. LaSalle Street, Suite 2000 | PO Box 814609, |
| Chicago, IL 60605 | Dallas, TX 75381-4609 |

/s/ Ashish Rawat

Date: 06/25/2019

Creditor's Authorized Agent for Fay Servicing, LLC